

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER OF REINSTATEMENT

Appellate case name:     Blake Alan Cotton v. The State of Texas

Appellate case number:   01-14-00444-CR

Trial court case number:  1421756

Trial court:             248th District Court of Harris County

     A supplemental clerk's record has been filed.  The record shows Cotton is indigent and that Emily Munoz-Detoto was appointed to represent him on appeal.  We reinstate this appeal on our active docket, and appellant's brief is due within 30 days of the date of this order.  Due to the age of this appeal, no extensions of this deadline will be considered.

     It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                  ☑ Acting individually     ☐ Acting for the Court

Date: April 16, 2015